UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-3634
_____

UNITED STATES OF AMERICA

v.

ROIANN JOHNSON
a/k/a Missy Hicks
                    Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-14-cr-00188-001)
District Judge: Honorable Mark R. Hornak

_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  FUENTES, KRAUSE, and SCIRICA, *Circuit Judges*

    Upon consideration of Appellant's Petition for Panel Rehearing and the

Government's response to the Court's Order of May 11, 2016 regarding Appellant's

Petition for Rehearing, petitioner's motion for panel rehearing is granted on consent of

the Government.  The court order of April 21, 2016 is hereby vacated.  In light of the

action taken by the original panel, further action is not required by the En Banc Court.


                    BY THE COURT,

                    s/ Cheryl Ann Krause
                    Circuit Judge

Dated: May 23, 2016

CJG/cc:      Candace Cain, Esq.
               Rebecca R. Haywood, Esq.
               Donovan J. Cocas, Esq.